Matthews, et vir. *v.* Dalrymple, Appellant, et al.

 Argued June 18, 1974. *Stewart C. Craw-ford*, with him *Butler, Beatty, Greer & Johnson,* for appellant; *Ralph B. D'Iorio,* with him *Cramp, D'Iorio, McConchie and Surrick,* for appellees.

Order affirmed.